UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL K. WICKEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY HSU, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04266-JD<br><br>**ORDER CONSOLIDATING CASES AND SETTING SCHEDULE** |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 478,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY HSU, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04980-JD |

　　　　Pursuant to Federal Rule of Civil Procedure 42(a) and the joint request of the parties, the Court consolidates the above two cases for all purposes including trial.  The later-filed action (*International Union*, Case No. 14-4980) is consolidated into the earlier-filed action (*Wickey*, Case No. 14-4266).  Going forward, the parties need only file papers in the earlier-filed action, which will be re-captioned as *In re Impax Laboratories, Inc. Shareholder Derivative Litigation*, Case No. 14-cv-04266-JD.

　　　　Defendants need not respond to the complaints that were filed in the two underlying actions, respectively.  Instead, plaintiffs are directed to file a consolidated complaint by February 20, 2015.  Defendants must respond to the complaint by March 25, 2015.  If defendants file a motion to dismiss, plaintiffs must file a response to the motion by April 15, 2015, and defendants

must file any reply by April 24, 2015.  The Court will hear the motion to dismiss, if one is filed, on May 6, 2015 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated:  February 4, 2015

_____
JAMES DONATO
United States District Judge