```
 1 │ LATHAM & WATKINS LLP
   │    Peter A. Wald (Bar No. 85705)
 2 │    Marcy C. Priedeman (Bar No. 258505)
   │ peter.wald@lw.com
 3 │ marcy.priedeman@lw.com
   │ 505 Montgomery Street, Suite 2000
 4 │ San Francisco, California 94111-6538
   │ Telephone: (415) 391-0600
 5 │ Facsimile: (415) 395-8095
   │
 6 │    Patrick E. Gibbs (Bar No. 183174)
   │ patrick.gibbs@lw.com
 7 │ 140 Scott Drive
   │ Menlo Park, California 94025-1008
 8 │ Telephone: (650) 328-4600
   │ Facsimile: (650) 463-2600
 9 │
   │ Attorneys for Defendants
10 │ LARRY HSU, ARTHUR M. KOCH, G. FREDERICK
   │ WILKINSON, LESLIE Z. BENET, ROBERT L.
11 │ BURR, ALLEN CHAO, NIGEL T. FLEMING,
   │ MICHAEL MARKBREITER, MICHAEL J.
12 │ NESTOR, MARY K. PENDERGAST, BRYAN M.
   │ REASONS, and PETER R. TERRERI
13 │
   │ and
14 │
   │ Nominal Defendant
15 │ IMPAX LABORATORIES, INC.
   │
16 │ [additional counsel on signature page]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE IMPAX LABORATORIES, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No.: 14-cv-04266-HSG<br><br>**STIPULATION AND RESCHEDULING ORDER** |
|---|---|

WHEREAS, on February 5, 2015, Judge James Donato consolidated *Wickey v. Hsu, et al.*, No. 14-cv-04266 (N.D. Cal.) and *International Union of Operating Engineers Local 478 v. Hsu, et al.*, No. 14-cv-14-04980 (N.D. Cal.) into the above-referenced consolidated shareholder derivative action [Dkt. No. 33];

WHEREAS, Judge Donato also ordered that Plaintiffs file a consolidated complaint by February 20, 2015, and set a response date to the consolidated complaint for March 25, 2015.

WHEREAS, on February 13, 2015, this consolidated shareholder derivative action was reassigned to this Court ;

WHEREAS, on February 20, 2015, Plaintiffs filed a Verified Consolidated Shareholder Derivative Complaint For Breach of Fiduciary Duty (the "Consolidated Complaint") [Dkt. No. 37];

WHEREAS, since Plaintiffs' filing of the Consolidated Complaint, the parties have been engaged in settlement negotiations, and continue to discuss a potential resolution of this matter; and

WHEREAS, the parties agree that it would be a waste of judicial resources for Defendants to prepare and file a response to the Consolidated Complaint given the state of settlement negotiations.

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. The current March 25, 2015 deadline for Defendants' response to the Consolidated Complaint is vacated.
2. Defendants shall file and serve their response to the Consolidated Complaint on or before April 24, 2015.
3. If Defendants filed a motion to dismiss the Consolidated Complaint, Plaintiffs shall file and serve their response to the motion to dismiss on or before May 15, 2015.
4. Defendants shall file and serve any reply in support of their motion to dismiss on or before May 29, 2015.

| | | |
|---|---|---|
| 1 | DATED: March 19, 2015 | By: /s/ Eric L. Zagar |
| 2 | | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| 3 | | Eric L. Zagar (Bar No. 250519)<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| 4 | | Phone: (610) 667-7706<br>Fax: (267) 948-2512 |
| 5 | | ezagar@ktmc.com |
| 6 | | *Attorneys for Plaintiff Randall K. Wickey* |
| 7 | DATED: March 19, 2015 | By: /s/ Brett M. Middleton |
| 8 | | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| 9 | | Brett M. Middleton (Bar No. 199427) |
| 10 | | 12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130-3582 |
| 11 | | Phone: (858) 793-0070<br>Fax: (858 793-0323 |
| 12 | | brettm@blbglaw.com |
| 13 | | *Attorneys for Plaintiff International Union of Operating Engineers Local 478* |
| 14 | | |
| 15 | DATED: March 19, 2015 | By: /s/ Peter A. Wald |
| | | **LATHAM & WATKINS LLP** |
| 16 | | Peter A. Wald (Bar No. 85705)<br>Marcy C. Priedeman (Bar No. 258505) |
| 17 | | 505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111 |
| 18 | | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 19 | | |
| 20 | | Patrick E. Gibbs (Bar No. 183174)<br>140 Scott Drive |
| 21 | | Menlo Park, CA  94025 |
| 22 | | Telephone: (650) 463-2690<br>Facsimile: (650) 463-2600 |
| 23 | | |
| 24 | | *Attorneys for Defendants Larry Hsu, Arthur M. Koch, G. Frederick Wilkinson, Leslie Z. Benet,* |
| 25 | | *Robert L. Burr, Allen Chao, Nigel T. Fleming,*<br>*Michael Markbreiter, Michael J. Nestor, Mary K.* |
| 26 | | *Pendergast, Bryan M. Reasons, and Peter R.* |
| 27 | | *Terreri and Nominal Defendant Impax Laboratories, Inc.* |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] RESCHEDULING ORDER
CASE NUMBER: 14-cv-04266-HSG

1
2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4 DATED: 3/23/2015                                    _____
                                                      Hon. Haywood S. Gilliam, Jr.
5                                                     United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Rescheduling Order.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Peter A. Wald, attest that concurrence in the filing of this document have been obtained.

DATED:  March 19, 2015            /s/ Peter A. Wald
                                                         Peter A. Wald