UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IMPAX LABORATORIES, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 14-cv-04266-HSG<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On September 3, 2015, the Court granted Defendant's motion to dismiss Plaintiffs' verified consolidated shareholder derivative complaint with leave to amend and directed Plaintiffs to file an amended complaint within 21 days. Dkt. No. 53. The deadline to file an amended complaint has passed. By October 2, 2015, Plaintiffs must file a statement of no more than three pages explaining why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 1, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge