UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IMPAX LABORATORIES, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 14-cv-04266-HSG<br><br>**ORDER DISMISSING CASE** |

Pursuant to Plaintiffs' Response to Order To Show Cause Why Case Should Not Be Dismissed For Failure To Prosecute dated October 2, 2015, *see* Dkt. No. 54, and for good cause appearing:

**IT IS HEREBY ORDERED** that the action entitled *In Re Impax Laboratories, Inc. S'holder Derivative Litig.*, Case No. 14-cv-04266-HSG (N.D. Cal.), is dismissed, with prejudice, and each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: October 6, 2015

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge